No. 03–10580. SOARES *v.* WOODFORD, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 03–10582. CONWAY *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 03–10583. CARAVELLA *v.* CITY OF NEW YORK, DEPARTMENT OF INVESTIGATION, ET AL. C. A. 2d Cir. Certiorari denied.

No. 03–10584. WHEATLEY *v.* HINKLE, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 03–10585. BOWEN *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 03–10588. OLIVEIRA *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 03–10590. JOHNSON *v.* SHERRY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–10592. BRITTON *v.* LEHMAN, SECRETARY, WASHINGTON DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 03–10596. MCNEIL *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 03–10598. COTTON *v.* CASTRO, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–10600. WILLIAMS *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 03–10607. COLLINS *v.* OKLAHOMA ET AL. Sup. Ct. Okla. Certiorari denied.

No. 03–10611. JONES *v.* BASKERVILLE, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 03–10612. BARBER *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.